UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Hon. Katharine S. Hayden |
| | : | Crim. No. 12-483 |
| | : | |
| v. | : | **CONSENT ORDER** |
| | : | **EXTENDING SURRENDER DATE** |
| YOUNG-HEE JU, | : | |
| | : | |
| Defendant. | : | |

This matter having come before the Court on the joint application of the United States of America (Paul J. Fishman, United States Attorney, by Jane H. Yoon, Assistant United States Attorney, appearing), and Defendant Young-Hee Ju (Lorraine Gauli-Rufo, Esq., appearing), for an order extending the defendant's voluntary surrender date from December 30, 2014 to June 30, 2015; and defendant Young-Hee Ju having been convicted on July 23, 2012 of conspiracy to unlawfully produce identification documents and to commit credit card fraud, in violation of Title 18, United States Code, Section 371, and aggravated identity theft, in violation of Title 18, United States Code, Section 1028A; and the defendant having been sentenced on these charges on January 28, 2014 to serve a term of imprisonment of 12 months and one day; and the United States and the defendant having stated sufficient reasons why her surrender date should be extended; and the defendant having consented to this Order; and for good cause shown,

IT IS on this ____ day of November 2014,

ORDERED that the date on which defendant Young-Hee Ju shall voluntarily surrender to an institution designated by the Bureau of Prisons is hereby modified from December 30, 2014 to June 30, 2015.

_____
HON. KATHARINE S. HAYDEN
SENIOR UNITED STATES DISTRICT JUDGE